decision awarding compensation be rescinded, until which time that award stands as a bar to the present action." If the Board rescinds its determination, claimants are free to reinstitute a tort action within six months of dismissal of the claim by the Board (CPLR 205, subd [c]; *Kimbrough v C. F. L. Dev. Corp.,* 80 AD2d 737). The other issues raised by the State are not properly before the court on this appeal (see *Werner v State of New York, supra,* p 351). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ JOHN STOCKHOLM et al., Respondents, v STATE OF NEW YORK, Appellant. (Appeal No. 5.) (Claim No. 57838.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ PAUL KROTZ et al., Respondents, v STATE OF NEW YORK, Appellant. (Appeal No. 6.) (Claim No. 57829.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ ALLEN MITZEL et al., Respondents, v STATE OF NEW YORK, Appellant. (Appeal No. 7.) (Claim No. 57834.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ AL W. ROBBINS et al., Respondents, v STATE OF NEW YORK, Appellant. (Appeal No. 8.) (Claim No. 57827.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ ROBERT CURTISS et al., Respondents, v STATE OF NEW YORK, Appellant. (Appeal No. 9.) (Claim No. 57845.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ LYNN JOHNSON, Respondent, v STATE OF NEW YORK, Appellant. (Appeal No. 10.) (Claim No. 57830.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.

■ GORDON E. KNICKERBOCKER et al., Respondents, v STATE OF NEW YORK, Appellant. (Appeal No. 11.) (Claim No. 57846.) — Order unanimously reversed, without costs, motion granted and claim dismissed, in accordance with same memorandum as in *Prave v State of New York* (Appeal No. 4) (92 AD2d 726). (Appeal from order of Court of Claims, Quigley, J. — dismiss claim, severance.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Moule, JJ.